# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
2008 JUL 22 PM 12:10
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DOMINIC CALO,

    Plaintiff,

vs

CITY OF SAN DIEGO,
JON CHERSKI, B. PHELPS
and DOES 1-20,

    Defendants.

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 1312 L BLM

TO: (Name and Address of Defendant)

 

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

    Michael R. Marrinan, Esq.
    614 Fifth Ave., Suite D
    San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | JUL 22 2008 |
|---|---|
| CLERK | DATE |

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)