UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC CALO, | Civil No. 08cv1312 L (BLM) |
| Plaintiff, | **ORDER RE: ORAL ARGUMENT AND COURTESY COPIES** |
| v. | |
| CITY OF SAN DIEGO, *et al.*, | |
| Defendants. | |

Defendants' motion for summary judgment or in the alternative, for partial summary judgment [doc. #23] is set for hearing on December 14, 2009. The Court finds this matter suitable for determination on the papers submitted and without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required.

Section 2(e) of the Electronic Case Filing Administrative Policies and Procedures Manual provision ("E-Filing Manual") provides in relevant part:

> Unless otherwise ordered by the court, parties must deliver to the Clerk's Office or mail directly to the judge's chambers, within 24 hours after filing, any criminal or civil case filing which exceeds 20 pages in length including attachments and exhibits. In addition, where a party makes multiple filings in a case on the same day, and those filings cumulatively exceed 20 pages, a courtesy copy must be provided to the assigned judicial officer.

The parties have not complied with this provision of the E-Filing Manual. As a result, the parties are directed to provide the Court with a courtesy copies of their filings not later than noon

on December 11, 2009  Failure to provide a courtesy copy within the time provided shall result in the filing being stricken from the record.

    **IT IS SO ORDERED.**

DATED:  December 8, 2009

                                         M. James Lorenz
                                         United States District Court Judge

COPY TO:

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL